# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
## Norfolk Division

In re:    NGA THI HIGGINS                                         Chapter 13
                                                          Case No.: 04-76329-FJS

Debtor

**REPORT OF DEPOSIT OF UNCLAIMED FUNDS**

Pursuant to Federal Rule of Bankruptcy Procedure 3011 and 11 U.S.C. 347 the Trustee herein submits a check payable to "Clerk, United States Bankruptcy Court" representing unclaimed funds to be deposited by the Clerk of Court into the Treasury of the United States. Said funds are subject to withdrawal as provided by 28 U.S.C. 2042 and shall not escheat under any state law. The unclaimed funds represent the dividend(s) due and payable to:

(Debtor(s) or Creditor(s) name and address)                              (Amount of dividend)

NGA THI HIGGINS                                                                   $400.00
1792 KITIMAL DRIVE
VIRGINIA BEACH, VA 23454

Date: November 19, 2008                          /s/ George W. Neal

                                                 George W. Neal
                                                 Chapter 13 Standing Trustee
                                                 870 Greenbrier Circle, Suite 402
                                                 Chesapeake, VA  23320
                                                 (757) 961-3000